1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559)497-4099
5
   Attorneys for the
6      United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   1:10-CR-00293-LJO
                                   )
12           Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                   )
13      v.                         )
                                   )
14  DAVID BIGELOW,                 )
                                   )
15           Defendant.            )
                                   )
16                                 )
                                   )
17

18      WHEREAS, on June 20, 2011, this Court entered a Preliminary

19  Order of Forfeiture pursuant to the provisions of 18 U.S.C. §

20  981(a)(1)(C), 982(a)(2)(B), and 28 U.S.C. § 2461(c), based upon the

21  plea agreement entered into between plaintiff and defendant David

22  Bigelow forfeiting to the United States the following property:

23          a.   Approximately $2,068.80 in U.S. Currency
                 seized from Guaranty Bank Checking Account
24               Number 380-6647834, held in the names of
                 David H. Bigelow, Jr. and Mail Boxes West;
25

26          b.   Approximately $2,544.17 in U.S. Currency
                 seized from Guaranty Bank Checking Account
27               Number 380-4876633, held in the name of
                 David H. Bigelow,Jr.;
28  ///

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | c.  | Approximately $10,148.81 in U.S. Currency seized from Guaranty Bank Savings Account Number 779-557834, held in the name of David H. Bigelow Jr., or Alicia A. Guardado; |
| 2   |     |     |     |
| 3   |     |     |     |
| 4   |     | d.  | Approximately $293.78 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-7063858, held in the name of Alicia A. Guardado and David H. Bigelow, Jr.; |
| 5   |     |     |     |
| 6   |     | e.  | Approximately $24.23 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-4159774, held in the names of Alicia A. Guardado and David H. Bigelow, Jr.; and |
| 7   |     |     |     |
| 8   |     |     |     |
| 9   |     | f.  | Approximately $559.62 in U.S. Currency seized from Guaranty Bank Checking Account Number 380-5392713, held in the names of David H. Bigelow, David H. Bigelow Jr., and Mail Boxes West. |
| 10  |     |     |     |
| 11  |     |     |     |

AND WHEREAS, beginning on June 20, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(B) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of David Bigelow.

///

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   December 13, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE